IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19–70–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| THOMAS JOSEPH MASCARENA, | |
| Defendant. | |

Before the Court is the United States' Motion to Dismiss with Prejudice Forfeiture Allegation. (Doc. 31.)

IT IS ORDERED that the motion (Doc. 31) is GRANTED. The forfeiture allegation contained in the indictment is DISMISSED with prejudice.

DATED this 29th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court

1