IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–70–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| THOMAS JOSEPH MASCARENA, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings & Recommendations Regarding Revocation of Supervised Release. (Doc. 70.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan found, based on Mr. Mascarena's admissions at the hearing, that he violated three conditions of supervised release: the special condition that he

1

abstain from the consumption of alcohol (Special Condition 4), the mandatory condition that he refrain from any unlawful use of a controlled substance (Mandatory Condition 3), and the standard condition that he report any change in living circumstances to his probation officer within 72 hours (Standard Condition 5). (Doc. 70 at 6–7.)

Judge Cavan recommends that this Court revoke Mr. Macarena's supervised release and sentence him to a custodial sentence of six months, followed by 22 months of supervised release. (*Id.* at 7.) The Court finds no clear error in Judge Cavan's Findings and Recommendations and adopts them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations (Doc. 70) is ADOPTED in full.

Mr. Mascarena shall be sentenced in conformity with Judge Cavan's recommendation in the judgment filed concurrently with this Order.

DATED this 3rd day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court